**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALEX PENLAND, | : | Case No. 2:26-cv-00227 |
| | : | |
| Plaintiff, | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| ANNETTE CHAMBERS-SMITH, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# SECOND ORDER CONCERNING COPIES

Plaintiff Penland has filed a second Motion requesting that the Court order the Clerk of Court to send him copies of his filings in the case going forward. (Doc. No. 42.) The Court denied a previous motion for free copies of all documents filed in the case. (Doc. No. 31.) The Court also rejected Plaintiff's attempt to have the Clerk print out the service copies of the complaint for him. (*See* Doc. Nos. 39, 41.)

If Plaintiff wishes to order time-stamped copies of his own filings from the Clerk of Court, he may do so. He must submit a check for the total due for the copying fees ($0.50/page) and a postage-paid envelope. The Court again declines to provide free copies to Plaintiff of his own voluminous filings. (*See* Doc. No. 31, 41.)

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge